**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01205-LTB-BNB

KRISTEN M. VERDIN,

       Plaintiff,

v.

THE UNITED STATES OF AMERICA,
KEVIN K. MURRAY, M.D.,
KRISTIN LYNN KRUSE, SCFM, M.D.,
MARIAN H. ASCARELLI, M.D.,
STEVEN R. HUGHES, M.D.,
LINDA R. STURTEVANT, M.D.,
CITY OF COLORADO SPRINGS,

       Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Rule 41 Motion Dismissing All Claims Against Linda R. Sturtevant, M.D. (Doc 2 - filed July 18, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Linda R. Sturtevant, M.D.,** each party to pay their own fees and costs.

                      BY THE COURT:

                        s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED:  July 19, 2007