**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01205-LTB-BNB

KRISTEN VERDIN,

       Plaintiff,

v.

UNITED STATES OF AMERICA,
KEVIN K. MURRAY, M.D.,
KRISTIN LYNN KRUSE, SCFM, M.D.,
MARIAN H. ASCARELLI, M.D.,
STEVEN R. HUGHES, M.D.,
CITY OF COLORADO SPRINGS,

       Defendants.

_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


      Defendant Kevin M. Murray, M.D.'s Joinder in the Unopposed Motion for an Extension of Time to Designate Any Nonparties at Fault (Doc 23 - filed September 5, 2007) and Defendant Steven R. Hughes' Joinder (Doc 24 - filed September 5, 2007) are **GRANTED up to and including December 4, 2007**.




Dated:  September 6, 2007
_____