IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01205-LTB-BNB

KRISTEN M. VERDIN,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,
KEVIN K. MURRAY, M.D.,
KRISTIN LYNN KRUSE, SCFM, M.D.,
MARIAN H. ASCARELLI, M.D.,
STEVEN R. HUGHES, M.D., and
CITY OF COLORADO SPRINGS,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the entry of the Confidentiality and Protective Order:

IT IS ORDERED that the **Motion to Quash Plaintiff's Subpoena Duces Tecum of Laurence J. Cohen, D.O.** [Doc. # 75, filed 5/28/2008] (the "Motion") is DENIED AS MOOT.

IT IS FURTHER ORDERED that the hearing on the Motion set for this afternoon at 3:30 p.m. is VACATED.


DATED: June 26, 2008