IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01205-LTB-BNB

KRISTEN M. VERDIN,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,
KEVIN K. MURRAY, M.D.,
KRISTIN LYNN KRUSE, SCFM, M.D.,
MARIAN H. ASCARELLI, M.D.,
STEVEN R. HUGHES, M.D., and
CITY OF COLORADO SPRINGS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the United States' **Motion for Partial Reconsideration of the Court's Order Dated September 24, 2008** [Doc. # 98, filed 9/26/2008] (the "Motion"). Good cause having been shown:

IT IS ORDERED that the Motion is GRANTED, and the dispositive motion deadline is extended to and including **October 8, 2008**.

Dated September 30, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge