IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01205-LTB-BNB

KRISTEN M. VERDIN,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,
KEVIN K. MURRAY, M.D.,
KRISTIN LYNN KRUSE, SCFM, M.D.,
MARIAN H. ASCARELLI, M.D.,
STEVEN R. HUGHES, M.D.,
CITY OF COLORADO SPRINGS,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal (Doc 105 - filed October 13, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant City of Colorado Springs d/b/a Memorial Hospital only,** each party to pay their own fees and costs.

                                                         BY THE COURT:

                                                         s/Lewis T. Babcock
                                                         Lewis T. Babcock, Judge

DATED: October 14, 2008