IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01205-LTB-BNB

KRISTEN VERDIN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
KEVIN K. MURRAY, M.D.,
KRISTIN LYNN KRUSE, SCFM, M.D.,
MARIAN H. ASCARELLI, M.D.,
STEVEN R. HUGHES, M.D.,
CITY OF COLORADO SPRINGS,

    Defendants.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    As a result of the Order dismissing Defendant City of Colorado Springs (Doc 106), the Motion for Summary Judgment filed by Defendant City of Colorado Springs (Doc 70) is DENIED AS MOOT.

Dated: October 21, 2008
___