**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01205-LTB-BNB

KRISTEN M. VERDIN,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,
KEVIN K. MURRAY, M.D.,
MARIAN H. ASCARELLI, M.D.,
STEVEN R. HUGHES, M.D.,
LINDA R. STURTEVANT, M.D.,
CITY OF COLORADO SPRINGS,

    Defendants.
_____

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

    THE COURT, having reviewed the Stipulation for Dismissal With Prejudice and being fully advised in the premises,

    HEREBY GRANTS the Stipulation. Defendant Marian Ascarelli, M.D. is dismissed with prejudice. Each party shall pay their own costs and attorney fees.

    DONE AND SIGNED this __7th__ day of November, 2008.

                                                              BY THE COURT:

                                                              s/Lewis T. Babcock
                                                              Lewis T. Babcock, Judge