**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01205-LTB-BNB

KRISTEN M. VERDIN,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,
KEVIN K. MURRAY, M.D.,
STEVEN R. HUGHES, M.D.,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice of Defendant Dr. Murray <u>Only</u> (Doc 120 - filed November 20, 2008), and the Court being fully advised in the premises, it is

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Dr. Kevin K. Murray only,** each party shall pay their own costs and attorney fees.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: November 24, 2008