**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01205-LTB-BNB

KRISTEN M. VERDIN,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,
KEVIN K. MURRAY, M.D.,
STEVEN R. HUGHES, M.D.,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE OF STEVEN R. HUGHES, M.D.**
_____

The Court, upon reviewing Plaintiff's and Defendant Steven R. Hughes' Stipulation for Dismissal With Prejudice (Doc 122), and being fully advised, ORDERS:

Plaintiff's complaint and cause of action against Defendant Hughes is dismissed with prejudice, each party shall pay their own costs and attorney fees.

Dated this  25th  day of   November  , 2008.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          Lewis T. Babcock, Judge