IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01205-LTB-BNB

KRISTEN M. VERDIN,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 124 - filed December 3, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: December 4, 2008